No. 04–5198. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5199. BRYANT v. HOWES. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 04–5201. HANSEN v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–5202. MORGAN v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5203. MILO v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5204. LATEEF v. CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Certiorari denied.

No. 04–5205. ADKINS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–5206. LANDAU v. VASTINE-SMITH ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5207. JACKSON v. MILLER ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5208. VALENZUELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5209. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.